JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANNA DELGADO,<br><br>             Plaintiff,<br><br>   v.<br><br>FOOD 4 LESS OF CALIFORNIA, INC., et al.,<br><br>             Defendants. | Case No. 2:22-cv-03991-FLA (ASx)<br><br>**ORDER DISMISSING ACTION [DKT. 34]** |

1

On February 23, 2023, Plaintiff Anna Delgado ("Plaintiff") filed a Stipulation to Dismiss ("Stipulation"), dismissing the action pursuant to Fed. R. Civ. P. 41. Dkt. 34. Having considered the Stipulation and finding good cause therefor, the court hereby ORDERS:

1. All dates and deadlines governing this action are VACATED.
2. The court DISMISSES the action without prejudice, with each party to bear her or its own attorney's fees and costs.

IT IS SO ORDERED.

Dated: February 27, 2023

FERNANDO L. AENLLE-ROCHA
United States District Judge